JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-135-GMN-NJK |
| Plaintiff, | FIRST STIPULATION TO CONTINUE RESPONSE AND REPLY TO PRETRIAL MOTIONS |
| vs. | |
| MANUEL EDWIN MARTINEZ, | [ECF No. 44] |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Manuel Edwin Martinez, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Benjamin F.J. Nemec, Assistant Federal Public Defender, stipulate and agree and move this Honorable Court that the deadlines for response and reply to defendant Martinez's pretrial motions, currently February 6 and February 13, be continued 14 days from their current settings, to February 20 and 27, respectively.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

1

The parties make this stipulation due to the illness of the lead government counsel. The parties agree that it is in the interest of justice to ensure that the issues raised in defendant's motions are fully prepared and briefed to the Court.

Defendant Martinez is in custody and does not oppose this continuance. This continuance does not alter the current trial setting.

Denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue response and reply deadlines in this case.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Respectfully submitted this February 2, 2024.

Counsel for Defendant
MANUEL EDWIN MARTINEZ
RENE L. VALLADARES				JASON M. FRIERSON
Federal Public Defender			United States Attorney


*//s//* *Benjamin F.J. Nemec*			*//s//* *Daniel J Cowhig*
BENJAMIN F.J. NEMEC				DANIEL J. COWHIG
Assistant Federal Public Defender		Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL EDWIN MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:22-cr-135-GMN-NJK<br><br>**ORDER** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request continuance because of the lead government counsel's illness. It is in the interest of justice to ensure that the issues raised in defendant's motions are fully briefed to the Court. Defendant Martinez is in custody and does not oppose this continuance. This continuance does not alter the current trial setting. Denial of this request for continuance could result in a miscarriage of justice. This is the first request to continue.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that responses to defendant's motions are due by February 20, 2024. Replies are due by February 27.

**IT IS SO ORDERED** this February  5th , 2024.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1