RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Manuel Edwin Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>**Stipulation to Extend Deadline to File Objections to Report and Recommendation**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Manuel Edwin Martinez, request that the due date for Mr. Martinez's Objections to Report and Recommendation (ECF No. 55), be extended from April 23, 2024, to April 30, 2024.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel is prepping for a petty trial on April 24, 2024 and needs additional time to prepare the objection.

　　　2.　　The defendant is in custody and agrees with the need for a continuance.

　　　3.　　The parties agree to the continuance.

1. This is the first request for a continuance of the objections deadline.

2. DATED this 23rd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>   Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>ORDER |

  IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Objections to Report and Recommendation, that the Defendant's deadline to file his objections is extended to April 30, 2024.

  DATED this  23  day of April, 2024.

_____
UNITED STATES ▮▮▮▮▮▮▮▮ JUDGE