RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attorney for Manuel Edwin Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>         Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>**Stipulation to Extend Deadline to File Reply to Response to Motion for Reconsideration**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Manuel Edwin Martinez, request that the due date for Mr. Martinez's Reply to Response to Motion for Reconsideration (ECF No. 72), be extended from June 13, 2024 to June 20, 2024.

This Stipulation is entered into for the following reasons:

1. The government's response brings certain arguments that requires in-depth historical research. Since Duarte is a new case and brings novel concepts along with it, Mr. Martinez needs additional time so this Court is fully informed and competently briefed.

2. The parties agree to the extension.

DATED this 13th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Reply to Response to Motion for Reconsideration, that the Defendant's deadline to file his Reply is extended to June 20, 2024.

DATED this __13__ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE