UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL EDWIN MARTINEZ,<br><br>Defendant. | Case No. 2:22-cr-135-GMN-NJK<br><br>ORDER |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the *ex parte in camera* submission of the United States and the record of this case, the Court finds that (a) Officer Faldorff's compelled CIRT Statement and attached *Garrity* Notice in LVMPD Event # LLV220100048635 and (b) Officer Lee's compelled CIRT Statement and attached *Garrity* Notice in that same event are prior related statements of a government witnesses and as such are discoverable under the *Jencks* Act. 18 U.S.C. § 3500.

**ORDER**

**IT IS HEREBY ORDERED** that the United States' motion is GRANTED. Docket No. 77. The United States must disclose the material to the defendant in accordance with local practice and existing orders.

DATED: June 17, 2024.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE