RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attorney for Manuel Edwin Martinez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>  Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>**Stipulation to Extend Deadline to File Objections to Report and Recommendation**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Manuel Edwin Martinez, request that the deadline for Mr. Martinez's Objections to Report and Recommendation (ECF No. 82), be extended by fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Certain arguments in Mr. Martinez's objections to the Report and Recommendation require transcripts. Mr. Martinez requests additional time so he may obtain those transcripts.

2. The parties agree to the extension.

DATED this 26th day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>        Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Objections to Report and Recommendation, that the Defendant's deadline to file his Objections is extended from July 26, 2024 to August 9, 2024.

DATED this __26__ day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

3