UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MANUEL EDWIN MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:22-cr-00135-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 83), of United States Magistrate Judge Nancy J. Koppe, which recommends granting Defendant's motion to suppress his statement, ECF No. 37.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 83) (setting a July 31, 2024, deadline for objections).

1     Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF
2 No. 83), is **ACCEPTED and ADOPTED** in full.  **IT IS FURTHER ORDERED** that
3 Defendant's Motion (ECF No. 37) to suppress his January 14, 2022 statement is **GRANTED**.
4     Dated this __5__ day of September, 2024.

                                    _____
                                    Gloria M. Navarro, District Judge
                                    United States District Court