# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL EDWIN MARTINEZ,<br><br>Defendant. | Case No. 2:22-cr-00135-GMN-NJK<br><br>**Order**<br><br>[Docket No. 97] |

Pending before the Court is Defendant's motion to set hearing regarding withdrawal of counsel. Docket No. 97. The Court hereby **SETS** a hearing on that motion for 11:00 a.m. on March 3, 2025, in Courtroom 3C. Defendant and his counsel must be present for the hearing.

IT IS SO ORDERED.

DATED: February 18, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE