Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorney for Defendant, Manuel Edwin Martinez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00135-GMN-NJK |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO CONTINUE MOTION RESPONSE AND REPLY DEADLIENS** |
| MANUEL EDWIN MARTINEZ, | **(First Request)** |
| Defendants. | |

IT IS STIPULATED AND AGREED, between Sigal Chattah, First Assistant United States Attorney, and Daniel J. Cowhig and Lauren Ibanez, Assistant United States Attorneys, counsel for United States of America, and Ross C. Goodman Esq., counsel for Defendant Manuel Edwin Martinez, that the motions response deadline of November 24, 2025, and reply deadlines of December 1, 2025, be continued to December 1, 2025, and December 15, 2025, respectively.

This brief extension is requested to accommodate counsel's planned travel, the Thanksgiving holiday, and is not sought for the purposes of delay.

Calendar Call is set for February 3, 2026, and Trial February 9, 2026, and the parties do not believe this brief extension will impact those dates.

///

///

Defendant Martinez is in custody and does not object to the continuation.

Dated this 20th day of November 2025.

| ROSS C. GOODMAN, ESQ. | SIGAL CHATTAH, |
| | First Assistant United States Attorney |

      */s/ Ross C. Goodman, Esq.*                         */s/ Daniel J Cowhig*

By_____    By:_____
Ross C. Goodman, Esq.                Daniel J. Cowhig
Attorney for Manuel Martinez         Assistant United States Attorney

                                                                */s/ Lauren Ibañez*

By:_____
Lauren Ibañez
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00135-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MANUEL EDWIN MARTINEZ, | |
| Defendants. | |

Based on the Stipulation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that the motions Response deadline set for November 24, 2025, be vacated, and set for **December 1, 2025**, and that the Reply deadline set for December 1, 2025, be vacated and set for **December 15, 2025.**

Dated this  21st  day of November 2025.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE