**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL EDWIN MARTINEZ,<br><br>　　　　　　Defendants. | Case No.: 2:22-cr-00135-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES TO MOTION IN LIMINE**<br><br>**(Second Request)** |

　　　IT IS STIPULATED AND AGREED, between Sigal Chattah, First Assistant United States Attorney, and Daniel J. Cowhig and Lauren Ibanez, Assistant United States Attorneys, counsel for United States of America, and Ross C. Goodman Esq., counsel for Defendant Manuel Edwin Martinez, as follows:

　　　1.　The parties met and conferred on November 25, 2025, regarding Defendant's Motion in Limine to Exclude Officer Statements and Guilty Plea Agreement at Trial [ECF No. 111] and Motion in Limine to Exclude Unnoticed Evidence Pursuant to Rules 401, 402, 403 and 404 [ECF No. 112] in compliance with LCR 12-2 and LR IA 1-3(f).

　　　2.　While the parties were able to narrow some issues, the parties agree that one issue will require further research and discussion by both parties.

　　　3.　As such, the parties stipulate and agree that judicial economy would be served by extending the response and reply deadlines by one week each, to December 8 and December 22 respectively, before requesting court action.

4. Calendar Call is set for February 3, 2026, and Trial February 9, 2026, and the parties do not believe this brief extension will impact those dates.

5. Defendant Martinez is in custody and does not object to the continuation.

Dated this 25th day of November 2025.

| | |
|---|---|
| ROSS C. GOODMAN, ESQ. | SIGAL CHATTAH,<br>First Assistant United States Attorney |
|     /s/ Ross C. Goodman, Esq.<br>By_____<br>Ross C. Goodman, Esq.<br>Attorney for Manuel Martinez |     /s/ Daniel J Cowhig<br>By:_____<br>Daniel J. Cowhig<br>Assistant United States Attorney |
| |     /s/ Lauren Ibañez<br>By:_____<br>Lauren Ibañez<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00135-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MANUEL EDWIN MARTINEZ, | |
| Defendants. | |

Based on the Stipulation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that the motions Response deadline set for December 1, 2025, be continued to December 8, 2025, and that the Reply deadline set for December 15, 2025, be continued to December 22, 2025.

Dated this __25th__ day of November 2025.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE