TODD BLANCHE
Deputy Attorney GNeral of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
JOSEPH SCISCENTO
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
joseph.sciscento@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-135-GMN-NJK |
| Plaintiff, | Stipulations |
| v. | |
| MANUEL EDWIN MARTINEZ, | |
| Defendant. | |

Defendant Manuel Edwin Martinez, by and through his counsel, Ross C. Goodman, and the United States of America, by and through the Assistant United States Attorneys Daniel J. Cowhig and Joseph Sciscento, stipulate and agree that the following facts are true and susceptible of proof:

a. The Beretta model M9 9mm semiautomatic pistol bearing serial number M9-200025 specified in Count One is a firearm;

b. Prior to the date of the charged offense, the Beretta model M9 9mm semiautomatic pistol bearing serial number M9-200025 had been shipped or transported from one state to another or between a foreign nation and the United States;

c. At the time of the charged offense, defendant Martinez had previously been convicted of a crime punishable by imprisonment for a term exceeding one year; and

d. At the time of the charged offense, defendant Martinez knew that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

Stipulated and agreed this March 5, 2026.

_____
ROSS C. GOODMAN
Goodman Law Group, PC
JOSHUA TOMSHECK
Holland & Tomsheck
Attorneys for Manuel Edwin Martinez

_____
DANIEL J. COWHIG
JOSEPH SCISCENTO
Assistant United States Attorneys

_____
MANUEL EDWIN MARTINEZ
Defendant

_____
Gloria M. Navarro
United States District Judge

Date:   March 5, 2026

2