**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

MANUEL EDWIN MARTINEZ,

Defendant.

Case No.:   2:22-cr-00135-GMN-NJK

**ORDER TO CONTINUE**
**SENTENCING**
**(First Request)**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     That this is the first sentencing continuance requested.

2.     That defense counsel has a scheduling conflict as Mr. Tomsheck is scheduled to be out of the jurisdiction.

3.     That counsel has consulted with Mr. Martinez about this continuance.  Mr. Martinez, who is in custody, supports this request for more time.

4.     That the government has agreed to not oppose this request.

5.     That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

Page 1

## ORDER

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for June 12, 2026, at 11:00 a.m. be continued to July 14, 2026, at 11:00 a.m.

DATED __8__ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910