**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL EDWIN MARTINEZ,<br><br>Defendant. | Case No.:   2:22-cr-00135-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between TODD BLANCHE, Acting Attorney General, and DANIEL J COWHIG and JOSEPH SCISCENTO, Assistant United States Attorneys, counsel for the United States of America, and ROSS GOODMAN, ESQ., and JOSH TOMSHECK, ESQ., counsel for Defendant, MANUEL EDWIN MARTINEZ, that the Sentencing and Disposition currently scheduled for June 12, 2026, at 11:00 a.m. be continued and reset for July 14, 2026 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1.  That this is the first sentencing continuance requested;

2.  That defense counsel has a scheduling conflict as Mr. Tomsheck is scheduled to be out of the jurisdiction.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

3. That counsel has consulted with Mr. Martinez about this continuance. Mr. Martinez, is in custody, supports this request for more time.

4. That the government has graciously agreed to not oppose this request.

5. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

Dated: June 8, 2026.

Respectfully submitted,

HOFLAND & TOMSHECK                          TODD BLANCHE
                                            Acting Attorney General

/s/ Joshua Tomsheck                         /s/ Daniel J. Cowhig
JOSHUA TOMSHECK, ESQ.                        DANIEL J COWHIG
Counsel for Defendant                       JOSEPH SCISCENTO
MANUEL MARTINEZ                             Assistant United States Attorneys

GOODMAN LAW GROUP

/s/ Ross C Goodman
ROSS C GOODMAN, ESQ.
Counsel for Defendant
MANUEL MARTINEZ

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

MANUEL EDWIN MARTINEZ,

Defendant.

Case No.:    2:22-cr-00135-GMN-NJK

**ORDER TO CONTINUE**
**SENTENCING**
**(First Request)**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    That this is the first sentencing continuance requested.

2.    That defense counsel has a scheduling conflict as Mr. Tomsheck is scheduled to be out of the jurisdiction.

3.    That counsel has consulted with Mr. Martinez about this continuance.  Mr. Martinez, who is in custody, supports this request for more time.

4.    That the government has agreed to not oppose this request.

5.    That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

### ORDER

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for June 12, 2026, at 11:00 a.m. be continued to July 14, 2026, at 11:00 a.m.

DATED __10_ day of __June_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910